UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID DIXON | * | CIVIL ACTION NO. 20-3257 |
| VERSUS | * | |
| BP EXPLORATION & PRODUCTION, INC. ET AL | * | SECTION: "T"(1) |
| | * | |
| | * | JUDGE GREG G. GUIDRY |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the Motion to Dismiss as a Discovery Sanction is GRANTED; the Complaint of David Dixon is hereby dismissed.

New Orleans, Louisiana, this __30th__ day of December, 2021.

GREG G. GUIDRY
UNITED STATES DISTRICT JUDGE